681 A.2d 745

**Kevin T. HALL, Petitioner,**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.**

**No. 87 M.D. Alloc. Dkt. 1996.**

Supreme Court of Pennsylvania.

Sept. 3, 1996.

## ORDER

PER CURIAM:

AND NOW, this 3rd day of September, 1996, the request for reconsideration of denial of allowance of appeal is granted. The Petition for Allowance of Appeal is granted, limited to whether the referee abused his discretion when he denied petitioner the right to cross-examine the witnesses regarding the March 8, 1993, workmen's compensation claim.

NEWMAN, J., did not participate in this matter.